# Exhibit B
# (Kim Declaration)

**Superior Court of Washington, County of KING**

| In re the marriage of: | No. 21-3-02006-2 SEA |
|---|---|
| Petitioner: | |
| JULIA HYON JOO SHIN | **Declaration of Minhui Kim** |
| And Respondent: | |
| THOMAS JONG WON SHIN | |

**I, Minhui Kim am 50 years old , and declare as follows:**

1. To date, I have paid the Korean and United States taxes owed on the Hyperion II #505. Most were reimbursed by Thomas Jong Won Shin.

2. I paid the below itemized Korean taxes, for the property over the last sixteen years. I respectfully request reimbursement of the Korean taxes I have paid but were not reimbursed on the aforementioned property by Thomas Jong Won Shin. He has not reimbursed me for any taxes since the beginning of 2021. He owes me for back taxes for the following:

    10/01/2007        550,900 KRW

    04/01/2008        93,400 KRW

    3/13/2009         48,380 KRW

| | |
|---|---|
| 9/30/2009 | 717,680 KRW |
| 7/31/2010 | 628,050 KRW |
| 9/30/2010 | 935,290 KRW |
| 9/30/2010 | 50,780 KRW |
| 7/13/2011 | 53,310 KRW |
| 8/1/2011 | 659,340 KRW |
| 11/30/2011 | 1,015,870 KRW |
| 5/21/2021 | 14,005,505 KRW |
| 8/3/2021 | 845,140 KRW |
| 5/27/2022 | 17,253,500 KRW |

I am owed KRW 36,912,055 for the Korean taxes on aforementioned property which I paid. This total of KRW 36,912,055 can be paid to me in Korean Won to my Shinhan account ending in x162578.

3. I paid the below itemized United States taxes. I respectfully request reimbursement of the United States taxes I have paid:

2020    $8,041.00

2021    $10,620.67 (this amount includes taxes, interest and penalties for late payment)

I am owed $18,661.67 for the United States income taxes on the Shin's aforementioned property which I paid. This can be paid to me in United States dollars to my Chase Bank account ending in x0021.

**I declare under penalty of perjury under the laws of the States of Washington and New York that the facts I have provided on this form are true.**

Signed at: New York, NY USA   Date: 3/15/2023

DocuSigned by:

Minhui Kim