```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA HYON JOO SHIN,

                Plaintiff,

-against-

MIN HUI KIM,

                Defendant.

24-CV-04293 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    Plaintiff has filed a First Amended Complaint ("FAC"). Dkt. No. 20. In light of the FAC, the motion at Dkt. No. 18 is denied as moot.

    Defendant must answer or respond to the FAC by **November 12, 2024**. To the extent Defendant intends to renew her motion to dismiss, she must, by **November 12, 2024**, (1) file a new or supplemental motion to dismiss; or (2) renew her previously filed motion to dismiss, incorporating by reference the previously-filed memorandum of law. If Defendant chooses to supplement her previous motion to dismiss, she may do so in a filing not to exceed **five pages**, which notes it incorporates by reference the previously-filed memorandum of law.

    The Clerk of Court is respectfully directed to terminate Dkt. No. 18.

Dated: October 29, 2024
       New York, New York

                                          SO ORDERED.

                                          _____
                                          MARGARET M. GARNETT
                                          United States District Judge