```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA HYON JOO SHIN,

                     Plaintiff,

         -against-

MIN HUI KIM,

                     Defendant.

24-cv-04293 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On November 6, 2024, Plaintiff filed a letter motion requesting that the Court enter its Model Protective Order. Dkt. No. 22. Defendant opposed this motion, and requested that the Court enter a modified version of its Model Protective Order that includes a definition for Attorneys' Eyes Only material and a standard procedure for designating and redacting digital files and transcripts, specifies that the spouses of the parties may view discovery material that is not marked Attorneys' Eyes Only, and specifies that the discovery material exchanged for the purpose of the settlement conference was covered by the protective order. Dkt. No. 31.

      The Court has reviewed the parties' letters and Defendant's proposed changes to the Model Protective Order and finds that Defendant's proposed changes are reasonable and appropriate for the circumstances of this case. Accordingly, it is hereby ORDERED that Plaintiff's motion requesting the entry of the Model Protective Order is DENIED. Defendant's counsel is directed to submit a clean version of Dkt. No. 31-1, the protective order with Defendant's proposed changes, on ECF no later than **November 15, 2024**.

      On November 8, 2024, Defendant filed a letter motion to stay discovery pending the resolution of the motion to dismiss. Dkt. No. 32. Plaintiff opposed this motion. Dkt. No. 33. Defendant claims that a stay is warranted due to the "strength of the motion to dismiss and the unnecessary time and expense that discovery disputes would consume pending determination of the motion[.]" Dkt. No. 32 at 2. Plaintiff argues that Defendant's motion to stay discovery is a "delay tactic" used to "postpone the adjudication of this dispute indefinitely." Dkt. No. 33 at 1. Plaintiff further claims that a stay in discovery would cause her prejudice because it would "postpose her search for the truth about her funds" and it would "give Defendant more time to put the Condo sale proceeds out of the reach of this Court." *Id.* at 2.

      The Court has reviewed the parties' letters and has considered them within the greater context of this litigation and finds that a stay of discovery is not warranted. Accordingly, it is hereby ORDERED that Defendant's motion for a stay of discovery is DENIED and the parties are directed to proceed with discovery consistent with the previously-entered Case Management Plan.

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 22 and 32.

Dated: November 13, 2024
      New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge