```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA HYON JOO SHIN,

                     Plaintiff,

-against-

MIN HUI KIM,

                     Defendant.

24-cv-04293 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As discussed on the record at the December 10, 2024 discovery conference, it is hereby ORDERED that:

1. Initial document discovery, including privilege logs, shall be exchanged no later than **December 20, 2024**;

2. Each party shall (a) identify any deficiencies in the other party's productions and (b) meet and confer to resolve purported deficiencies no later than **January 10, 2025**;

3. Each party shall make their final document productions, including privilege logs, to cure any deficiencies identified during the process described in Section II and to complete document discovery no later than **January 24, 2025**;

4. The parties shall file a joint letter on ECF no later than **January 31, 2025** confirming that any deficiencies have been cured and that document discovery is complete, and should inform the Court of the parties' view of appropriate next steps in this case.

    The Clerk of Court is directed to terminate Dkt. No. 39 as MOOT.

Dated: December 10, 2024
         New York, New York

                                              SO ORDERED.

                                              MARGARET M. GARNETT
                                              United States District Judge