USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/27/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA HYON JOO SHIN,

                Plaintiff,

      -against-

MIN HUI KIM,

                Defendant.

24-CV-04293 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On May 20, 2026, the Court issued a briefing schedule governing Plaintiff's anticipated motion challenging the addition of any third parties to this lawsuit. Dkt. No. 72. On May 22, 2026, Plaintiff filed three motions: a motion to dismiss Defendant's counterclaims (Dkt. No. 73); a motion to seal (Dkt. No. 75); and a motion for a permanent injunction (Dkt. Nos. 76 & 79). To promote judicial economy, and in the interest of avoiding the complexities that come with multiple briefing schedules, the parties are hereby ORDERED file a joint letter on or before **June 2, 2026**, with a proposed briefing schedule for Defendant to file a consolidated opposition to all these motions and Plaintiff to file a consolidated reply.[1]

Dated: May 27, 2026
      New York, New York

                SO ORDERED.

                MARGARET M. GARNETT
                United States District Judge

---

[1] This Order does not affect the May 29, 2026 deadline for Plaintiff to either file a motion challenging the addition of new parties or a letter indicating Plaintiff no longer wishes to file the motion. *See* Dkt. No. 72. If Plaintiff intends to file such a motion, the parties should incorporate that motion into the consolidated opposition and reply scheduled contemplated herein.